UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BETHANY ALTHEIM,

    Plaintiff,

v.                                Case No. 8:10-cv-156-T-24TBM

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
    _____/

**O R D E R**

THIS MATTER is again before the court on **Plaintiff's Motion to Compel Documents Listed on GEICO's Privilege Log** (Doc. 33), Defendant's response in opposition (Doc. 39), and Defendant's *in camera* submission. On December 8, 2010, the court granted in part, denied in part, and deferred in part the instant motion. *See* (Doc. 46). In pertinent part, the Order directed counsel for GEICO to file certain documents for the court's *in camera* review. The court has conducted the *in camera* review. Upon consideration, some additional production is necessary for matters which lack indicia of being attorney-client communications. In some instances, while an attorney is involved in the communication, the communication appears a purely business consideration not subject to the privilege. *See Tomkins Indus. Inc. v. Warren Tech.,* 768 So.2d 1125, 1126 (Fla. Dist. Ct. App. 2000) (citing *S. Bell Tel. & Tel. v. Deason*, 632 So.2d 1377 (Fla. 1994)). While there is a split of authority on the discovery of reserve information, by my consideration, the setting of reserves is a

business function subject to discovery in these bad faith matters. *See, e.g.,* Allen D. Windt, *Discovery of Insurer's Claims File–Work Product Privilege*, 2 INSURANCE CLAIMS & DISPUTES 5th, § 9:19, n.18 (2010); Timothy M. Sukel & Mike F. Pipkin, *Discovery & Admissibility of Reserves*, 34 TORT & INS. L.J. 191 (1998). This in no way speaks to the admissibility of such matters at trial. Accordingly, within fourteen (14) days from the date of this Order, Defendant shall produce to Plaintiff copies of documents bearing bates stamp numbers GHOC 002-003, GHOC 007-009, GHOC 0706, GLC 0004-005, GLC 0331-0332, GLC 0389-0391, GLC 0649-0650, GLC 0806-0810, GLC-0811,[1] GLC 1458-1459, GLC 2089-2090, GLC 2135, GLC 2285-2286, and GLC 2583-2586, GLC 2589-2590, GLC 2597-2605.[2]

     In all other respects, the motion is **denied**. The clerk shall return the *in camera* submission to counsel for the Defendant by U.S. Mail.

     **Done and Ordered** in Tampa, Florida, this 14th day of January 2011.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

---

[1] Defendant may redact that part of the 06-25-08 entry reflecting what counsel said.

[2] Defendant may further redact those portions of entries on these A-logs containing actual communication to or from counsel handling the underlying litigation.

2