**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BETHANY ALTHEIM,

    Plaintiff,

v.   Case No. 8:10-cv-156-T-24 TBM

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Miscellaneous Relief. (Doc. No. 68). In this motion, Plaintiff states that her expert witness, Rutledge Liles, will be out of the country during the trial in this matter, so she asks that the trial date be moved or that she be permitted to take a videotaped deposition of her expert for use at trial. Additionally, Plaintiff requests leave to amend her exhibit list to include documents provided to her by Defendant after February 25, 2011.

Upon consideration, the Court will not change the trial date, as the parties knew that this case was set for trial during the month of April for over a year. (Doc. No. 8). However, the Court will allow Plaintiff to take a videotaped deposition of her expert for use at trial, pursuant to Federal Rule of Civil Procedure 32. Additionally, the Court will allow Plaintiff to amend her exhibit list to include documents provided to her by Defendant after February 25, 2011.

Accordingly, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED** to the extent set forth above.

**DONE AND ORDERED** at Tampa, Florida, this 11th day of March, 2011.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record